JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITAL PROVIDERS INSURANCE SERVICES, INC., a California Corporation, LAVENDER APARTMENTS, LLC, a Texas Limited Liability Company, and KIYOUMARS KOSHKI, an individual,<br><br>      Plaintiffs,<br><br>  vs.<br><br>JP MORGAN CHASE BANK, N.A., a National Banking Association; and DOES 1 through 20, inclusive<br><br>      Defendants. | Case No. 2:22−cv−01987−ODW−JEM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

1  The Court, having considered the parties' Stipulation of Dismissal, With
2  Prejudice, of the entire action and all claims for relief, Pursuant to Rule 41(a)(1)(A)(*ii*)
3  of the *Federal Rules of Civil Procedure,* hereby dismisses the entire action with
4  prejudice as to all claims, causes of action, and parties, with each party bearing that
5  party's own attorney's fees and costs.

9  **IT IS SO ORDERED.**

12  DATED: September 12, 2023          By: _____
                                          UNITED STATES DISTRICT JUDGE